IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle DeVaul,<br><br>    Plaintiff,<br><br>v.<br><br>American First Finance LLC, *et al.*,<br><br>    Defendants. | No. CV-23-01019-PHX-JJT<br><br>**ORDER** |

Upon review of the Stipulation of Dismissal as to Defendant America First Finance, LLC (Doc. 17), only, and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 17). The above-entitled matter is hereby dismissed with prejudice as to Defendant America First Finance, LLC, only, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** America First Finance, LLC, being the last remaining defendant in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 18th day of September, 2023.

Honorable John J. Tuchi
United States District Judge